*E-filed*: 8/30/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation, and C21 TM Corp., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAVERN BAKER, individually and doing business as CENTURY 21 RIVER REALTY or RIVER REALTY,<br><br>    Defendant. | Case No. C-07-00723 RMW<br><br>ORDER CONTINUING CASE DEADLINES<br><br>**[Re Docket No. 21]** |

Pursuant to stipulation of the parties filed August 28, 2007 and for the reasons set forth in the parties' stipulation, the court hereby continues the deadlines in this case as follows:

| | Previous Date | New Date |
|---|---|---|
| Mediation completion date | Sept. 1, 2007 | Nov. 5, 2007 |
| Trial date | Nov. 5, 2007 | Mar. 3, 2008 |
| Pre-trial conference | Oct. 25, 2007 | Feb. 21, 2008 |
| Dispositive motions | Sep. 14, 2007 | Jan. 18, 2008 |
| Close of discovery | Oct. 5, 2007 | Dec. 17, 2007 |

DATED:      8/30/07                                    /s/ Ronald M. Whyte
                                                              RONALD M. WHYTE
                                                              United States District Judge

ORDER CONTINUING CASE DEADLINES—C-07-00723 RMW
SPT

**Notice of this document has been sent to:**

**Counsel for Plaintiffs:**

Morgan Virginia Andrews         mandrews@gordonrees.com
Lisa Karen Garner               lgarner@gordonrees.com

**Counsel for Defendant:**

Daniel Ralph Richardson         danr@richardsonlaw.com

**Defendant:**

Lavern Baker
River Realty
5835 Dunsmuir Avenue
Dunsmuir, CA  96025

P.O. Box 1195
Mt. Shasta, CA 96067
530-638-6542

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** ___8/30/07___                               ___SPT_____
                                                      **Chambers of Judge Whyte**

ORDER CONTINUING CASE DEADLINES—C-07-00723 RMW
SPT                                                                      2