CALVIN E. DAVIS (SBN: 101640)
cdavis@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

CONSTANTINE M. PANAGOTACOS (SBN: 238557)
cpanagotacos@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiffs
CENTURY 21 REAL ESTATE LLC

*E-FILED - 2/12/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation, and C21 TM CORP., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LAVERN BAKER, individually and doing business as CENTURY 21 RIVER REALTY or RIVER REALTY,<br><br>Defendant. | CASE NO. C 07 0723 RMW<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT**<br>AND ORDER<br><br><br><br><br><br>Complaint Filed: February 5, 2007 |

TO THE COURT, ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff CENTURY 21 REAL ESTATE LLC, a limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation, and C21 TM CORP., a California corporation ("Plaintiff") and Defendant LAVERN BAKER, individually and doing business as CENTURY 21 RIVER REALTY or RIVER REALTY ("Baker") have engaged in good faith settlement negotiations

with respect to the above-entitled matter ("Action") and have reached a conditional settlement.

This conditional settlement requires that the complete payment be tendered by Baker to Plaintiff on or before September 1, 2008. Upon receipt of the complete payment, Plaintiff is to file a Request for Dismissal of the entire Complaint. In the event that the complete payment is not made, Plaintiff may file a Stipulated Judgment pursuant to the procedures delineated in the settlement agreement.

In the interim, the parties jointly request that the Court stay the Action until September 15, 2008, pending the tendering of complete payment by Baker.

Dated: December 6, 2007

GORDON & REES LLP

By:_____
CONSTANTINE M. PANAGOTACOS
Attorneys for Plaintiffs
CENTURY 21 REAL ESTATE LLC and C21 TM CORP.

Dated: December ____, 2007

By:_____
LAVERN BAKER


APPROVED
Ronald M. Whyte
Judge Ronald M. Whyte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 2/12/08

The parties are to appear for a Case Management Conference on September 19, 2008 @ 10:30 a.m. If the settlement is final, counsel are required to file a dismissal with the Court by September 15, 2008, and contact the Courtroom Deputy at (408) 535-535, so as to take this matter off calendar. (rmw)

-2-
NOTICE OF CONDITIONAL SETTLEMENT