1  CALVIN E. DAVIS (SBN: 101640)
   LISA K. GARNER (SBN: 155554)
2  CONSTANTINE M. PANAGOTACOS (SBN 238557)
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, California 94111
   Telephone: (415) 986-5900                    *E-FILED - 9/9/08*
5  Facsimile: (415) 986-8054
   Email: cdavis@gordonrees.com
6  Email: lgarner@gordonrees.com
   Email: cpanagotacos@gordonrees.com
7
   Attorneys for Plaintiffs
8  CENTURY 21 REAL ESTATE LLC
   AND C21 TM CORP.
9

10                UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

12  CENTURY 21 REAL ESTATE LLC, a limited    )   CASE NO. C 07 0723 RMW
    liability company, formerly known as     )
13  CENTURY 21 REAL ESTATE                   )
    CORPORATION, a Delaware corporation, and )   **REQUEST FOR DISMISSAL OF ALL**
14  C21 TM CORP., a California corporation,  )   **DEFENDANTS**
                                             )     **AND ORDER**
15                    Plaintiffs,            )
                                             )
16              vs.                          )
                                             )
17  LAVERN BAKER, individually and doing     )   Complaint Filed: February 5, 2007
    business as CENTURY 21 RIVER REALTY or   )
18  RIVER REALTY,                            )
                                             )
19                    Defendant.             )
                                             )
20                                           )

21

22

23       The undersigned, counsel of record for Plaintiffs CENTURY 21 REAL ESTATE LLC

24  AND C21 TM CORP. request that the Court dismiss this action, with prejudice, as to Defendants

25  LAVERN BAKER, individually and doing business as CENTURY 21 RIVER REALTY or

26

27

28

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

RLGY/1042875/5930352v.1

1  RIVER REALTY.

2  Dated: September ____, 2008                    GORDON & REES LLP

3

4

5                                         By: _____/s/_____
                                              CONSTANTINE M. PANAGOTACOS
6                                             Calvin E. Davis
                                              Lisa K. Garner
7                                             Attorneys for Plaintiffs
                                              CENTURY 21 REAL ESTATE LLC and C21
8                                             TM CORP.

9

10 IT IS SO ORDERED:

11     Defendants LAVERN BAKER, individually and doing business as CENTURY 21

12 RIVER REALTY or RIVER REALTY are hereby dismissed with prejudice.

13

14 Dated: September  9 , 2008

15                                         _Ronald M. Whyte_____
                                           JUDGE OF THE UNITED STATES
16                                         DISTRICT COURT – NORTHERN
                                           DISTRICT – SAN JOSE DIVISION
17

18

19

20

21

22

23

24

25

26

27

28